McGREGOR W. SCOTT
United States Attorney
TIFFANY J.E. JOHNSON
Special Assistant United States Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAWIT Y. NAIZGHI <br><br> Defendant. | Case No. 5:19-po-00217-JLT <br><br> [Citation #7509677] <br><br> MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Tiffany J.E. Johnson, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:19-po-00217-JLT [Citation #7509677] against DAWIT Y. NAIZGHI, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 8, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: *(signature)*
TIFFANY J.E. JOHNSON
Special Assistant United States Attorney

# O R D E R

IT IS HEREBY ORDERED that Case No. 5:19-po-00217-JLT [Citation #7509677] against DAWIT Y. NAIZGHI be dismissed, without prejudice, in the interest of justice.

DATED: November  21  , 2019

_____
HON. JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE